## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:07-CV-02129

Plaintiff:
**Stewart P. Newell**

vs.

Defendant:
**Metropolis Development Company, LLC, et al.**

Received by ESQ Process Servers to be served on **Metropolis Development Company, LLC, et al. c/o Robert Scott Pannick, Manager, 1327 14th Street, N.W., Suite 300, Washington, DC 20005**.

I, David E. Smith, being duly sworn, depose and say that on the **29th day of November, 2007** at **1:49 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Case, Notice of Right to Consent to trial Before United States Magistrate Judge, Complaint for Damages, Declaratory Judgment, and Injunctive Relief, and Exhibits 1-3** with the date and hour of service endorsed thereon by me, to: **Robert Scott Pannick** as **Manager** for **Metropolis Development Company, LLC, et al.**, at the address of: **1327 14th Street, N.W., Suite 300, Washington, DC 20005**, and informed said person of the contents therein, in compliance with state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

David E. Smith
Process Server

Subscribed and Sworn to before me on the 30th day of November, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Comm Exp 1-1-2011

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2007019153
Ref: 7639-000

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g