IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, | * |
|     Plaintiff, | * |
| v. | *   CASE NO: 1:07-cv-02129 (RCL) |
| METROPOLIS DEVELOPMENT COMPANY, LLC, et al. | * |
|     Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Civil Rule 83.2(d), please enter the appearance of Richard A. DeTar, *pro hac vice*, for the limited purpose of joining James A. Sullivan, Jr. in the representation of Plaintiff, Stewart P. Newell, in this matter.

Pursuant to Local Civil Rule 83.2(d), counsel submits as follows:

1.    Richard A. DeTar, of the Law Offices Miles & Stockbridge P. C., at 101 Bay Street, Easton, Maryland 21601-2718; 410-822-5280 is a member in good standing of the bar of the State of Maryland, and is an inactive member in good standing of the bar of the Commonwealth of Pennsylvania;

2.    The Declaration of Richard A. DeTar for admission *pro hac vice* is attached hereto as Exhibit A to this Motion.

WHEREFORE, undersigned counsel respectfully requests that Richard A. DeTar be granted permission to participate in proceedings in this Court, *pro hac vice*, on behalf of Plaintiff, Stewart P. Newell, and that the required attendance of James A. Sullivan, Jr. in any further proceedings be waived.

Respectfully submitted,

/s/ James A. Sullivan, Jr.
_____
James A. Sullivan, Jr.
(D.C. Bar No. 475145)
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, MD 20850
Telephone (301) 762-1600
Facsimile (301) 762-0363
E-mail:  jsullivan@milesstockbridge.com

Attorneys for Stewart P. Newell

## POINTS AND AUTHORITIES

1.     Local Civil Rule 83.2(d).


/s/ James A. Sullivan, Jr.
_____
James A. Sullivan, Jr.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed this 6th day of December, 2007, by first-class mail, postage prepaid, to:

Metropolis Development Company, LLC
c/o Robert Scott Pannick, Manager
1327 14th Street N.W., Suite 300
Washington, DC 20005

Robert Scott Pannick
3204 Rowland Place N.W.
Washington, DC 20008

                                        /s/ James A. Sullivan, Jr.
                                        James A. Sullivan, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, | * |
| Plaintiff, | * |
| v. | CASE NO: 1:07-cv-02129 (RCL) |
| | * |
| METROPOLIS DEVELOPMENT COMPANY, LLC, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF RICHARD A. DETAR

I, Richard A. DeTar, of the Law Offices Miles & Stockbridge P. C., at 101 Bay Street, Easton, Maryland 21601-2718; 410-822-5280, hereby declare, under penalties of perjury, the following:

1. I am associated with James A. Sullivan, Jr. of the Law Offices Miles & Stockbridge P. C., at 11 N. Washington Street, Suite 700, Rockville, Maryland 20850; 301-762-1600, who is a member of the bar of this Court.

2. I am an active member in good standing and currently eligible to practice law in the following jurisdictions; United States District Court for the District of Maryland and in all State Courts in the State of Maryland. I am an inactive member in good standing in the United States District Court for Western Pennsylvania and in all Commonwealth Courts in the State of Pennsylvania.

3. I have not been disciplined by any bar, and there are no disciplinary complaints pending against me for violation of the rules of the courts of any jurisdiction.

4. I have not applied for admission *pro hac vice* in this Court in the last two years.

Client Documents:4820-8518-4258v1|7639-000000|12/6/2007

EXHIBIT A

5.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

6.  I am applying for admission *pro hac vice* for the limited purpose of joining James A. Sullivan, Jr. in the representation of Plaintiff, Stewart P. Newell, in a case pending before this Court.

7.  I acknowledge the power and jurisdiction of the United States District Court for the District of Columbia over my professional conduct if I am admitted *pro hac vice*.

**I SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE AND CORRECT.**

Dated: 12-06-07                              By: _____
                                                  Richard A. DeTar

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, | * |
|     Plaintiff, | * |
| v. | CASE NO: 1:07-cv-02129 (RCL) |
| | * |
| METROPOLIS DEVELOPMENT COMPANY, LLC, <u>et al</u>. | * |
|     Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **ORDER**

This matter having come before the Court upon Plaintiff Stewart P. Newell's Motion for application for the *pro hac vice* admission of Richard A. DeTar; and it appearing to the Court that all applicable Rules have been followed, and for good cause shown; it is the _____ day of _____, 200__,

ORDERED, that Richard A. DeTar be admitted to practice law in this Court for the limited purpose of representing Plaintiff, Stewart P. Newell, in the above-captioned matter; and it is further

ORDERED, that the required attendance of James A. Sullivan, Jr. in any further proceeding in this matter be waived.

_____
ROYCE C. LAMBERTH
United States District Judge

cc:     James A. Sullivan, Jr.
       Miles & Stockbridge P.C.
       11 N. Washington Street, Suite 700
       Rockville, Maryland 20850

Richard A. DeTar
Miles & Stockbridge, P.C.
101 Bay Street
Easton, MD 21601

Metropolis Development Company, LLC
c/o Robert Scott Pannick, Manager
1327 14th Street N.W., Suite 300
Washington, DC 20005

Robert Scott Pannick
3204 Rowland Place N.W.
Washington, DC 20008