IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, | * |
| Plaintiff, | * |
| v. | CASE NO: 1:07-cv-02129 (RCL) |
| | * |
| METROPOLIS DEVELOPMENT COMPANY, LLC, et al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter having come before the Court upon Plaintiff Stewart P. Newell's Motion for application for the *pro hac vice* admission of Richard A. DeTar; and it appearing to the Court that all applicable Rules have been followed, and for good cause shown; it is hereby

ORDERED, that Richard A. DeTar be admitted to practice law in this Court for the limited purpose of representing Plaintiff, Stewart P. Newell, in the above-captioned matter; and it is further

ORDERED, that the required attendance of James A. Sullivan, Jr. in any further proceeding in this matter be waived.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 10, 2007.

cc:  James A. Sullivan, Jr.
     Miles & Stockbridge P.C.
     11 N. Washington Street, Suite 700
     Rockville, Maryland 20850

Richard A. DeTar
Miles & Stockbridge, P.C.
101 Bay Street
Easton, MD 21601

Metropolis Development Company, LLC
c/o Robert Scott Pannick, Manager
1327 14th Street N.W., Suite 300
Washington, DC 20005

Robert Scott Pannick
3204 Rowland Place N.W.
Washington, DC 20008