UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

STEWART P. NEWELL

    **Plaintiff,**

        v.

**METROPOLIS DEVELOPMENT COMPANY, LLC et. al.**

    **Defendants.**

Case Number 1:07CV02129
Judge: Royce C. Lamberth

## MOTION FOR AN ENLARGEMENT OF TIME

Defendants, Metropolis Development Company, LLC and Robert Scott Pannick, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6(b) and 12, hereby move to enlarge the time within which they are required to file a responsive pleading to Plaintiff's Complaint, and in support thereof state as follows:

1.    Plaintiff filed a Complaint in this action on November 26, 2007, alleging counts of Breach of Contract, Tortious Interference with Contract, and Declaratory Judgment, arising out of a Redemption Agreement.

2.    Pursuant to the Rules of this Court, a responsive pleading is due by Defendants on December 17, 2007.

3.    Defendants just recently retained undersigned counsel, and although counsel is reviewing and preparing appropriate responses to the Complaint, Defendants respectfully request an enlargement of time to answer or otherwise respond, **up to and until January 3, 2008.**

4.    Importantly, the limited enlargement sought by the instant motion will not prejudice Plaintiff during the holiday season, or cause this action to linger on the docket.

5.    While the extension sought is just slightly longer than two weeks from the

original response date, this extension coincides with the holiday season, and undersigned counsel will make every effort to respond sooner than the requested date..

6. Undersigned counsel contacted counsel for Plaintiff in order to obtain consent to this brief extension of time and Plaintiff's counsel refused such consent.

7. Undersigned counsel explained to Plaintiff's counsel that he was just recently retained by Defendants, and that any such delay in responding would not prejudice the Plaintiff. Plaintiff's counsel stated that Plaintiff would only consent to such an extension *if* Defendants agreed to provide Plaintiff with extensive discovery within less than one week, by December 19, 2007. Defendants are not able to provide such discovery in less than one week, and thus Defendants are unable to obtain Plaintiff's consent to this Motion.

8. A limited extension of time will permit Defendants and undersigned counsel to review the facts of this action and frame an appropriate response.

9. A proposed order has been tendered along with the instant motion for this Court's convenience.

WHEREFORE, Defendants Metropolis Development Company, LLC and Robert Scott Pannick, hereby respectfully request that this Court enlarge the time required for Plaintiffs to file a response to Plaintiff's Complaint.

                                        Respectfully submitted,

                                        _____/s/ Scott H. Rome_____
                                        /s/ Scott H. Rome
                                        Scott H. Rome, Esq. [D.C. Bar # 476677]
                                        Andrew J. Kline, Esq.  [D.C. Bar # ???]
                                        LAW OFFICES OF ANDREW J. KLINE
                                        1225 19 th Street, NW, Suite 320
                                        Washington, D.C. 20036
                                        (202) 686-7600
                                        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 17th Day of December 2007, a true and accurate copy of the foregoing was filed electronically and served by electronic mail upon Counsel for Plaintiff as follows:

  Richard A. DeTar
  Miles & Stockbridge, P.C.
  101 Bay Street
  Easton, MD 21601
  (410) 820 - 0224

  James A. Sullivan, Jr.
  Miles & Stockbridge, P.C.
  11 North Washington Street, Suite 700
  Rockville, MD 20850

           /s/ Scott H. Rome
          /s/ Scott H. Rome
          Scott H. Rome, Esq. [D.C. Bar # 476677]
          LAW OFFICES OF ANDREW J. KLINE
          1225 19 th Street, NW, Suite 320
          Washington, D.C. 20036
          (202) 686-7600
          Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL<br><br>**Plaintiff,**<br><br>v.<br><br>**METROPOLIS DEVELOPMENT COMPANY, LLC etl. al.**<br><br>**Defendants.** | Case Number 1:07CV02129<br>Judge: Royce C. Lamberth |

## ORDER GRANTING DEFENDANTS' <br> MOTION FOR AN ENLARGEMENT OF TIME

UPON CONSIDERATION OF the Defendant's **Motion for an Enlargement of Time**, it is thereupon, this \_\_\_\_ day of _____ 200\_\_,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall Answer or otherwise respond to Plaintiff's Complaint on or before January 3, 2008.

_____
Judge for the United States District Court
for the District of Columbia

copies to:

Andrew J. Kline, Esq.
LAW OFFICES OF ANDREW J. KLINE
1225 Nineteenth Street, NW, Suite 320
Washington, DC 20036

Richard A. DeTar
Miles & Stockbridge, P.C.
101 Bay Street
Easton, MD 21601
(410) 820 - 0224

James A. Sullivan, Jr.
Miles & Stockbridge, P.C.
11 North Washington Street, Suite 700
Rockville, MD 20850