UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEWART P. NEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-2129 (RCL) |
| | ) | |
| METROPOLIS DEVELOPMENT COMPANY, LLC, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time [6 and 7], Plaintiff's Memorandum of Points and Authorities in Opposition thereto, and all additional argument thereon, it is hereby

ORDERED that Defendants' Motion for Enlargement of Time is DENIED in part and GRANTED in part, and it is further

ORDERED that Defendants shall file responsive pleadings to the Complaint no later than December 28, 2007.  The Court will be in chambers on December 31, 2007, to hear any application for temporary restraining order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 19, 2007.