UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>)<br>METROPOLIS DEVELOPMENT )<br>COMPANY, LLC, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 07-2129 (RCL) |

**JOINT MOTION FOR CONSENT ORDER**

Plaintiff, Stewart P. Newell ("Newell"), and Defendants, Metropolis Development Company, LLC and Robert Scott Pannick (collectively "Metropolis"), through their undersigned counsel, hereby jointly request that the Court enter a Consent Order as follows:

1.  In the condominium projects known as "1400 Church Street Condominium" and "1401 Church Street Condominium" Units C1 and C1, respectively, are the only real properties within the "Company Projects" that remain under the direct or indirect ownership of Metropolis. Unit C1 at 1400 Church Street and Unit C1 at 1401 Church Street shall hereinafter collectively be referred to as the "Remaining Company Projects". A more comprehensive description of the Remaining Company Projects is attached hereto as Exhibit A.

2.  In Plaintiff's Opposition to Defendants' Motion for Enlargement of Time [8], Newell advised the Court that he is considering seeking a temporary restraining order ("TRO") to prevent Metropolis from selling, encumbering, or otherwise borrowing additional funds against the Remaining Company Projects during the Litigation. In response thereto the Court entered an Order [9] advising that it will be available in Chambers to hear Newell's motion for a TRO on December 31, 2007.

3. In order to avoid the expense of litigation at this juncture associated with Newell petitioning for a TRO and/or injunctive relief to prevent Metropolis from selling, encumbering or otherwise borrowing additional funds against the Remaining Company Projects, the parties are jointly submitting this Joint Motion for Consent Order.

4. The parties agree that Metropolis shall not sell, encumber, or otherwise borrow additional funds against any Remaining Company Projects without first providing seven (7) days written notice to counsel for Newell of Metropolis' intention to do so in order to allow Newell sufficient time to seek a TRO to prevent Metropolis from selling, further encumbering, or otherwise borrowing against any Remaining Company Projects.

**WHEREFORE**, for the reasons set forth above, Plaintiff and Defendants hereby request that this Honorable Court enter an Order prohibiting Defendants from selling, encumbering or otherwise borrowing additional funds against the Remaining Company Projects without first providing seven (7) days written notice to Plaintiff's counsel of Metropolis' intention to do so.

Consented to:

| | |
|---|---|
| /s/ James A. Sullivan, Jr. | /s/ Scott H. Rome |
| _____ | _____ |
| James A. Sullivan, Jr. | Scott H. Rome |
| (D.C. Bar No. 475145) | (D.C. Bar No. 476677) |
| Miles & Stockbridge P.C. | Law Offices of Andrew J. Kline |
| 11 North Washington Street, Suite 700 | 1225 19th Street, NW, Suite 320 |
| Rockville, MD 20850 | Washington, DC 20036 |
| (301) 762-1600 | (202) 686-7600 |
| | Attorneys for Defendants |

/s/ Richard A. DeTar

_____
Richard A. DeTar
(*Pro Hac Vice* Admission)
Miles & Stockbridge, P.C.
101 Bay Street
Easton, MD 21601
(301) 820-0224
Attorneys for Plaintiff

**Exhibit A**

Unit C1 in the Condominium known as "1400 Church Street Condominium", according to the Declaration of Condominium recorded on March 31, 2006 as Instrument No. 42259 and the Bylaws relating thereto, recorded on March 31, 2006 as Instrument No. 42260 among the Land Records of the District of Columbia, and any recorded amendments thereto as of the date hereof, and as per plat recorded in the Office of the Surveyor for the District of Columbia in Condominium Book 57 at page 31.

Together with an undivided percentage share interest in the Common Elements of said "1400 Church Street Condominium", as set forth in said Declaration of Condominium, and the Exhibits thereto.

Said Condominium project is situate on Lot 105 (formerly Lot 931) in Square 209 as per plat recorded in Liber 196 at folio 165, in the Office of the Surveyor for the District of Columbia.

Note: At the date hereof the above described land is known for assessment and taxation purposes as lots 2347 and 2348 (respectively) in Square 209.

Unit C1 in the Condominium known as "1401 Church Street Condominium", according to the Declaration of Condominium recorded on December 09, 2004 as Instrument No. 67843 and the Bylaws relating thereto, recorded on December 09, 2004 as Instrument No. 67844 among the Land Records of the District of Columbia, and any recorded amendments thereto as of the date hereof, and as per plat recorded in the Office of the Surveyor for the District of Columbia in Condominium Book 51 at page 28.

Together with an undivided percentage share interest in the Common Elements of said "1401 Church Street Condominium", as set forth in said Declaration of Condominium, and the Exhibits thereto.

Said Condominium project is situate on Lot 98 in Square 209 as per plat recorded in Liber 182 at folio 45, in the Office of the Surveyor for the District of Columbia.

Note: At the date hereof the above described land is known for assessment and taxation purposes as lot 2231 in Square 209.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL,           )<br>                                               )<br>            Plaintiff,           )<br>    v.                                    )<br>                                               )    Civil Action No. 07-2129 (RCL)<br>                                               )<br>METROPOLIS DEVELOPMENT )<br>COMPANY, LLC, *et al.*,       )<br>                                               )<br>            Defendants.        )<br>                                               ) | |

### ORDER

Upon Consideration of the Joint Motion for Consent Order [11], it is hereby

ORDERED that the Joint Motion for Consent Order is granted, and it is further

ORDERED that Defendants Metropolis Development Company, LLC and Scott Pannick are prohibited from selling, encumbering or otherwise borrowing additional funds against the Remaining Company Projects known as Unit C1 at 1400 Church Street Condominium and Unit C1 at 1401 Church Street Condominium, which are identified in more detail in Exhibit A to the Joint Motion for Consent Order [11], without first providing seven (7) days written notice to Plaintiff's counsel of Defendants' intention to do so.

SO ORDERED.

_____  _____
Royce C. Lamberth, United Stated District Court     Date