UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, </br></br> Plaintiff, </br> v. </br></br> METROPOLIS DEVELOPMENT COMPANY, LLC, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 07-2129 (RCL) </br> ) </br> ) </br> ) |

## ORDER

Defendants Metropolis Development Company, LLC and Robert Scott Pannick have filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on January 3, 2008.