# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, | ) |
|                 Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 07-2129 (RCL) |
| METROPOLIS DEVELOPMENT COMPANY, LLC, *et al.*, | ) |
|                 Defendants. | ) |

## ORDER

Upon Consideration of the Joint Motion for Consent Order [11], it is hereby

ORDERED that the Joint Motion for Consent Order is granted, and it is further

ORDERED that Defendants Metropolis Development Company, LLC and Scott Pannick are prohibited from selling, encumbering or otherwise borrowing additional funds against the Remaining Company Projects known as Unit C1 at 1400 Church Street Condominium and Unit C1 at 1401 Church Street Condominium, which are identified in more detail in Exhibit A to the Joint Motion for Consent Order [11], without first providing seven (7) days written notice to Plaintiff's counsel of Defendants' intention to do so.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 3, 2008.