UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-2129 (RCL) |
| ) | |
| METROPOLIS DEVELOPMENT ) | |
| COMPANY, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT REPORT OF DISCOVERY PLAN CONFERENCE**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, Rules 16.1 and 16.3 of the Local Rules of this Court and the Order of Court [12] dated January 3, 2008, counsel for Plaintiff Stewart P. Newell and counsel for Defendants Metropolis Development Company, LLC and Robert Scott Pannick have conferred and hereby submit the following joint report of discovery plan to the Court in the above-captioned matter.

1. **Conference**

A telephone conference was held on January 7, 2007 that included participation of Richard A. DeTar as counsel for Plaintiff and Scott Rome as counsel for Defendants.

2. **Pre-discovery disclosures**

On or by February 15, 2008, the parties shall disclose all information required by FRPC 26(a)(1) including, but not limited to, fact witness lists, documents, electronically stored information, tangible things in support of their claims or defenses and a computation of each category of damages.

All information that is electronically stored shall be printed and produced in tangible documentary form unless such information exceeds five hundred (500) pages in which case

counsel for the parties shall confer to discuss a practical means of disclosure of this information (e.g., computer disc, etc.).

3.  **Discovery Plan**

The parties agree on the following discovery plan:

| Event | Date/Deadline |
| --- | --- |
| (a) Deadline for submission of written discovery requests (limited as imposed by FRCP 33(a)) | June 15, 2008 |
| (b) Disclosure of FRCP 26(a)(2) expert statements | May 15, 2008 |
| (c) All discovery completed, including depositions (limited as imposed by FRCP 30(a)(2)) | July 15, 2008 |
| (d) Deadline for FRCP 26(e) Supplementation of Disclosures | May 15, 2008 |
| (e) Deadline for dispositive motions | August 15, 2008 |
| (f) Pre-Trial Conference | October 15, 2008 |

4.  **Topics Listed in LCvR 16.3(c)**

**16.3(c)(1) Dispositive Motions**

The parties believe that the issues in this case may be narrowed or resolved by dispositive motions. The parties shall file dispositive motions, if any, on or by August 15, 2008.

**16.3(c)(2) Joining Additional Parties and Amending Pleadings**

Defendants intend to move to amend the Answer filed in this action, in order to include a Counterclaim against Plaintiff. Counsel for both parties have discussed the nature and filing of the requested Amended Answer and Counterclaim, and do not believe that the filing of any such Motion should alter the discovery or other deadlines agreed upon herein. Plaintiff reserves its right to object to leave for Defendants' filing of an

Amended Answer or Counterclaim. Also, as noted in Plaintiff's Opposition to Defendants' Motion for Enlargement of Time [7] and the Consent Order [11] entered in this action, Plaintiff may seek a temporary restraining order or injunctive relief. The parties anticipate the possibility that some or all of the factual and legal issues in this case may be able to be agreed upon or narrowed.

### 16.3(c)(3) Magistrate Judge

With the exception of a settlement conference after dispositive motions, the parties oppose assigning this case to a magistrate judge for any purpose, including trial.

### 16.3(c)(4) Settlement

The parties had extensive discussions prior to suit being filed. There appears to be little possibility of settling this case prior to the close of discovery and dispositive motions.

### 16.3(c)(5) ADR

The parties believe that after the resolution of dispositive motions they would benefit from a settlement conference before a Magistrate Judge.

### 16.3(c)(6) Dispositive Motions

See Section 16.3(c)(1) above.

### 16.3(c)(7) Initial Disclosures

See Section 2 above.

### 16.3(c)(8) Discovery

See Section 3 above.

### 16.3(c)(9) Expert Witness Reports

See Section 3 above.

**16.3(c)(10) Class Actions**

Not applicable.

**16.3(c)(11) Bifurcation**

The parties do not request bifurcation of the trial and/or discovery.

**16.3(c)(12) Pretrial Conference**

As set forth in Section 3 above, the Parties request a pretrial conference after the Court has ruled on dispositive motions which the Parties anticipate will be on or after October 15, 2008.

**16.3 (c)(13) Trial Date**

This case will be ready for trial after October 15, 2008. The parties agree that the trial date should be set in the Scheduling Order.

**16.3 (c)(14) Other Matters**

  **(a) Scheduling Conference.**

The parties do not request a scheduling conference before entry of the Scheduling Order.

  **(b)    Pre-Trial Disclosures**

The Parties shall submit the Pretrial Disclosures required by FRCP 26(a)(3) on or by September 15, 2008.

  **(c)    Pre-Trial Objections**

The Parties shall file objections, if any, to each of their respective FRCP 26(a)(3) disclosures on or by October 1, 2008.

Consented to:

/s/ James A. Sullivan, Jr.

_____
James A. Sullivan, Jr.
(D.C. Bar No. 475145)
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, MD 20850
(301) 762-1600

/s/ Richard A. DeTar

_____
Richard A. DeTar
(*Pro Hac Vice* Admission)
Miles & Stockbridge, P.C.
101 Bay Street
Easton, MD 21601
(301) 820-0224
Attorneys for Plaintiff

/s/ Scott H. Rome

_____
Scott H. Rome
(D.C. Bar No. 476677)
Law Offices of Andrew J. Kline
1225 19th Street, NW, Suite 320
Washington, DC 20036
(202) 686-7600
Attorneys for Defendants