**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEWART P. NEWELL, | ) |
|  | ) |
|         Plaintiff, | ) |
| v. | ) |
|  | )   Civil Action No. 07-2129 (RCL) |
|  | ) |
| METROPOLIS DEVELOPMENT | ) |
| COMPANY, LLC, *et al.*, | ) |
|  | ) |
|         Defendants. | ) |

**NOTICE OF ERRATA**

To the Clerk of the Court:

Please accept for filing the attached proposed Scheduling Order, which should have been filed as an attachment to the Meet and Confer Statement [Dkt.#14] filed on January 8, 2007.

        Respectfully submitted,

        /s/ James A. Sullivan, Jr.
        _____
        James A. Sullivan, Jr.
        (D.C. Bar No. 475145)
        Miles & Stockbridge P.C.
        11 North Washington Street, Suite 700
        Rockville, MD 20850
        Telephone (301) 762-1600
        Facsimile (301) 762-0363
        E-mail:  jsullivan@milesstockbridge.com

/s/ Richard A. DeTar

_____
Richard A. DeTar
(*Pro Hac Vice* Admission)
Miles & Stockbridge, P.C.
101 Bay Street
Easton, MD 21601
Telephone (410) 820-0224
Facsmilie (410) 822-5450
E-mail: rdetar@milesstockbridge.com

Attorneys for Plaintiff, Stewart P. Newell

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEWART P. NEWELL,            )
                              )
        Plaintiff,             )
v.                            )
                              )   Civil Action No. 07-2129 (RCL)
                              )
METROPOLIS DEVELOPMENT        )
COMPANY, LLC, *et al.*,       )
                              )
        Defendants.            )
                              )

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Report of Discovery Plan Conference, the Court adopts the following schedule for this proceeding:

| | |
|---|---|
| Initial Disclosures | February 15, 2008 |
| Deadline for submission of written discovery requests (limited as imposed by FRCP 33(a)) | June 15, 2008 |
| Disclosure of FRCP 26(a)(2) expert Statements | May 15, 2008 |
| All discovery completed, including depositions (limited as imposed by FRCP 30(a)(2)) | July 15, 2008 |
| Deadline for FRCP 26(e) Supplementation of Disclosures | May 15, 2008 |

| | |
|---|---|
| Deadline for dispositive motions | August 15, 2008 |
| Pre-trial Disclosures under FRCP 26(a)(3) | September 15, 2008 |
| Objections to Pre-trial Disclosures under FRCP 26(a)(3) | October 1, 2008 |
| Pre-Trial Conference | October 15, 2008 |
| Trial | _____ |

SO ORDERED.

_____                    _____
   Date                                  ROYCE C. LAMBERTH
                                         United States District Judge