UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>METROPOLIS DEVELOPMENT )<br>COMPANY, LLC, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-2129 (RCL) |

## ORDER

Upon consideration of plaintiff's request to withdraw his Motion [16] to Compel Discovery Responses, and the entire record herein, it is hereby

ORDERED that plaintiff's motion [16] be, and is hereby, deemed withdrawn without prejudice to refiling.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 17, 2008.