UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STEWART P. NEWELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-2129 (RCL) |
| | ) | |
| **METROPOLIS DEVELOPMENT** | ) | |
| **COMPANY, LLC,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Now before the Court comes plaintiff's motion [21] for temporary restraining order. This Court held a hearing on the motion on April 18, 2008. Plaintiff seeks injunctive relief freezing assets. However, "[a]n injunction freezing assets is only permissible when a party has demonstrated an equitable claim to the assets." *Ellipso, Inc. v. Mann*, 480 F.3d 1153, 1160 (D.C. Cir. 2007) (citing *Grupo Mexicano de Desarrollo, S.A. v. Alliance Bond Fund, Inc.*, 527 U.S. 308, 332–33 (1999)); *see also Ellipso, Inc. v. Mann*, No. 05-cv-1186, 2008 WL 852500, at *8 (D.D.C. Apr. 1, 2008) (Lamberth, J.) (dissolving preliminary injunction where plaintiff's rescission claim, its only claim to equitable relief, failed). Here, plaintiff's complaint seeks damages for breach of contract; it does not assert a claim for equitable relief. Thus, upon consideration of the motion, hearing, the entire record herein, and applicable law, it is hereby

ORDERED that plaintiff's motion is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 18, 2008.