UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, )<br>)<br>         Plaintiff, )<br>v. )<br>) Civil Action No. 07-2129 (RCL)<br>)<br>METROPOLIS DEVELOPMENT )<br>COMPANY, LLC, *et al.*, )<br>)<br>         Defendants. )<br>) | |

**ORDER**

Upon consideration of Plaintiff's unopposed Motion for Leave to File Amended Complaint, it is hereby

ORDERED, that Plaintiff's Motion for Leave to File Amended Complaint be and the same is hereby GRANTED; and it is further

ORDERED, that the original Amended Complaint for Damages, Declaratory Judgment, and Injunctive Relief submitted with the Plaintiff's Motion for Leave to File Amended Complaint shall be deemed to have been filed as of the date of this Order.

    SO ORDERED.

    Signed by Chief Judge Royce C. Lamberth, on May 28, 2008.