UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEWART P. NEWELL,<br><br>            Plaintiff,<br>v.<br><br>METROPOLIS DEVELOPMENT<br>COMPANY, LLC, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-2129 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Report of Discovery Plan Conference, the Court adopts the following schedule for this proceeding:

| | |
|---|---|
| Initial Disclosures | February 15, 2008 |
| Deadline for submission of written discovery requests (limited as imposed by FRCP 33(a)) | June 15, 2008 |
| Disclosure of FRCP 26(a)(2) expert Statements | May 15, 2008 |
| All discovery completed, including depositions (limited as imposed by FRCP 30(a)(2)) | July 15, 2008 |
| Deadline for FRCP 26(e) Supplementation of Disclosures | May 15, 2008 |

| | |
|---|---|
| Deadline for dispositive motions | August 15, 2008 |
| Pre-trial Disclosures under FRCP 26(a)(3) | September 15, 2008 |
| Objections to Pre-trial Disclosures under FRCP 26(a)(3) | October 1, 2008 |

Pretrial conference and trial dates will be set at a status conference held after disposition of any dispositive motions.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on May 28, 2008.