# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL,                                )<br>                                                              )<br>                         Plaintiff,               )<br>        v.                                                 )<br>                                                              )<br>                                                              )<br> METROPOLIS DEVELOPMENT             )<br> COMPANY, LLC, *et al.*,                        )<br>                                                              )<br>                         Defendants.           )<br>                                                              ) | Civil Action No. 07-2129 (RCL) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Comes now the Parties, Stewart P. Newell, Metropolis Development Company, LLC and Robert Scott Pannick (collectively the "Parties"), pursuant to LCvR 16.4, and hereby request that this Honorable Court modify the Scheduling Order for the following reasons:

1.      On January 8, 2008 the Parties filed their Joint Report of Discovery Plan Conference [Dkt. # 14].  On May 28, 2008 the Court entered the Scheduling Order [Dkt. # 26] adopting the Schedule proposed by the Parties.

2.      From January 2008 through mid-June 2008, with minor exceptions that the Parties were able to resolve, they adhered to the Scheduling Order and all discovery obligations.

3.      In April 2008 Scott Pannick, the principal for Metropolis as well an individually named Defendant, was diagnosed with a benign tumor that necessitated surgery.  On April 25, 2008, Mr. Pannick's tumor was surgically removed.

4.      Since that time the Parties have been engaged in settlement negotiations that have been delayed through no control of the Parties as a result of a contested third party mechanic's

lien claim against Metropolis that has resulted in an interim lien being imposed on the "Sales Center".

5.    More importantly, since Mr. Pannick's surgery he has not returned to work. It is expected that Mr. Pannick will return to work on or about September 2, 2008 at which time the Parties will either promptly conclude their settlement negotiations and/or complete discovery and proceed to dispositive motions and, if necessary, trial.

6.    For the foregoing reasons the Parties request that the Scheduling Order be amended by approximately 90 days as follows:

| | |
|---|---|
| All discoveries completed included depositions (limited as imposed by FRCP 30(a)(2)) | October 15, 2008 |
| Deadline for Dispositive Motions | November 14, 2008 |
| Pre-Trial Disclosures under FRCP 26(a)(3) | December 15, 2008 |
| Objections to Pre-Trial Disclosures under FRCP 26(a)(3) | January 7, 2009 |

WHEREFORE, the Parties respectfully request this Honorable Court grant the instant Motion to Modify the Scheduling Order.

Respectfully submitted,

/s/ James A. Sullivan, Jr.

_____

James A. Sullivan, Jr.
(D.C. Bar No. 475145)
Miles & Stockbridge P.C.
11 North Washington Street, Suite 700
Rockville, MD 20850
(301) 762-1600

/s/ Scott H. Rome

_____

Scott H. Rome
(D.C. Bar No. 476677)
Law Offices of Andrew J. Kline
1225 19th Street, NW, Suite 320
Washington, DC 20036
(202) 686-7600
Attorneys for Defendants

/s/ Richard A. DeTar

_____

Richard A. DeTar
(*Pro Hac Vice* Admission)
Miles & Stockbridge, P.C.
101 Bay Street
Easton, MD 21601
Telephone (410) 820-0224
Facsimile (410) 822-5450
E-mail: rdetar@milesstockbridge.com

Attorneys for Plaintiff Stewart P. Newell

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEWART P. NEWELL,            )
                                         )
                 Plaintiff,     )
    v.                               )
                                         )     Civil Action No. 07-2129 (RCL)
                                         )
METROPOLIS DEVELOPMENT    )
COMPANY, LLC, *et al.*,         )
                                         )
             Defendants.    )

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Modify Scheduling Order, the Court hereby adopts the following amended schedule for this proceeding:

| | |
|---|---|
| All discoveries completed included depositions (limited as imposed by FRCP 30(a)(2)) | October 15, 2008 |
| Deadline for Dispositive Motions | November 14, 2008 |
| Pre-Trial Disclosures under FRCP 26(a)(3) | December 15, 2008 |
| Objections to Pre-Trial Disclosures under FRCP 26(a)(3) | January 7, 2009 |

All other deadlines shall remain unchanged from the Scheduling Order entered on May 28, 2008. The pretrial conference and trial dates will be set at a status conference held after disposition of any dispositive motions.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on _____, 2008.