UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART P. NEWELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-2129 (RCL) |
| ) | |
| METROPOLIS DEVELOPMENT ) | |
| COMPANY, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Modify Scheduling Order, the Court hereby adopts the following amended schedule for this proceeding:

| | |
|---|---|
| All discoveries completed included depositions (limited as imposed by FRCP 30(a)(2)) | October 15, 2008 |
| Deadline for Dispositive Motions | November 14, 2008 |
| Pre-Trial Disclosures under FRCP 26(a)(3) | December 15, 2008 |
| Objections to Pre-Trial Disclosures under FRCP 26(a)(3) | January 7, 2009 |

All other deadlines shall remain unchanged from the Scheduling Order entered on May 28, 2008. The pretrial conference and trial dates will be set at a status conference held after disposition of any dispositive motions.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on August 19, 2008.